# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1557

_____

CLAYTON AUSTIN,

Appellant,

v.

CYNTHIA M. AUSTIN n/k/a
CYNTHIA M. WARDLAW,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

March 1, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Clayton Austin, pro se, Appellant.

Cynthia M. Wardlaw, pro se, Appellee.